January 25, 2008

Mr. Ronald Ray Wilson
316 West 12th Street, Suite 307
Austin, TX 78701

Honorable Phil Wilson
1100 Congress Ave., Rm. E.8
Austin, TX 78701
Ms. Beverly Kaufman
Harris County Clerk
201 Caroline, 4th Fl.
Houston, TX 77002

Mr. Hugh L. Brady
Box 13132, Capital Station
Austin, TX 78711

RE: Case Number: 08-0057
 Court of Appeals Number: 01-08-00031-CV
 Trial Court Number:

Style: IN RE LARHONDA TORRY

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion in the above-referenced cause. Pursuant to Texas Rule of Appellate
Procedure 52.8(c), without hearing oral argument, the Court conditionally
grants the petition for writ of mandamus. The Motion for Temporary Relief
is dismissed as moot.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. M. Karinne |
| |McCullough |